82,173-02 5-15-2015

Cause No. F11-55238-W
No. WR-82,173-02
**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

MAY 21 2015

Abel Acosta,

My name is Gregory McAllister 1899662 an inmate currently incarcerated at the Hutchins State Jail located in Dallas Tx. 75241. I filed a Habeaus Corpus and was issued an "order" that was to be met within 120 days of the issuance date. The date has expired that was given and a trial should have taken place. I want to know if I should of received copies and know what decisions where made in my case, since all issues should of been resolved within 90 days and forwarded to the Criminal Court of Appeals in 120 days. I've written Dallas and they didn't respond and I also wrote the State Counsel for Offenders, and they gave me instruction to write the court who issued the "Order". I filed my Habeaus Corpus over a year ago and Dallas county held it for 6 months due to my lack of Knowledge of how the Writ works/procedure. I'm just seeking answers I dont mean to cause any harm, but if there is any information that can be provided in my case I would greatly appreciate it if you forwarded it to me at:

Gregory McAllister 1899662
1500 E. Langden Rd
Hutchins State Jail B1-034
Dallas Tx. 75241